IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATRINA CONLON, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| TRANS NATIONAL TRUCKING | : | |
| LLC, *et al.*, | : | |
| Defendants | : | No. 09-5362 |

## ORDER

**AND NOW**, this 19th day of September, 2011, upon consideration of Defendants' Motion for Judgment as a Matter of Law (Document No. 73), the Plaintiff's Response thereto (Document No. 74), and for the reasons provided in the attached Memorandum of today, it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge