IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATRINA CONLON, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| TRANS NATIONAL TRUCKING | : | |
| LLC, *et al.*, | : | |
| Defendants | : | No. 09-5362 |

**ORDER**

**AND NOW**, this 1st day of May, 2012, upon consideration of Defendants' Motion for Leave to Supplement the Record (Document No. 104), the Plaintiff's Response thereto (Document No. 105) and the Defendants' Reply Brief (Document No. 109), for the reasons explained in the court's Memorandum of today, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court shall file in the record of this case, the documents the court has attached to this Order.

**IT IS SO ORDERED.**

BY THE COURT:


　　　　　*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
Chief United States Magistrate Judge